IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, | : : : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | NO. 09-3355 |
| | : | |
| v. | : | |
| | : | |
| AMERICAN RECYCLING SYSTEMS, INC. et al., | : : : | |
| Defendants. | : : | |

**ORDER**

AND NOW, this 25th day of August, 2010, upon consideration of Defendant American Recycling Systems, Inc.'s Motion to Dismiss (Doc. No. 18) and Plaintiff's Response thereto (Doc. No. 20); and Defendant Galan's Motion to Set Aside Entry of Default (Doc. No. 25) and Plaintiff's Response thereto (Doc. No. 27); and after a complete and independent review of the Complaint (Doc. No. 1), it is ORDERED that:

1. Defendant American Recycling Systems, Inc.'s Motion to Dismiss (Doc. No. 18) is GRANTED.

2. Defendant Alcibiades Galan's Motion to Set Aside Entry of Default (Doc. No. 25) is GRANTED.

3. This case is dismissed as to all Defendants without prejudice for Plaintiff to assert its claims in state court.

9

4. The Clerk of Court shall close this case.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.